IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DON HALFACRE, Jr.                                                    PLAINTIFF

vs.                Civil Case No. 03:08CV00079 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                              DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order filed in this matter on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 29th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE